**Eric E. MILLER, Plaintiff-Appellant,**

v.

**SUPREME COURT OF VIRGINIA,
Defendant-Appellee.**

No. 17-1207

United States Court of Appeals,
Fourth Circuit.

Submitted: April 14, 2017

Decided: April 20, 2017

Eric E. Miller, Appellant Pro Se.

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric E. Miller appeals the district court's order dismissing his civil action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Miller v. Supreme Court of VA*, No. 3:15-cv-00744-HEH (E.D. Va. Jan. 31, 2017). We deny the motion for change of venue and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*